PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.  Crim No. 2:88CR00245

Willie Myers

On September 22, 1989 the above named was placed on supervised release for a period of ten (10) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The U.S Attorney's Office has no opposition to Myers' early termination request. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____  
Briana Casey  
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated **October 30, 2023.**

_____  
James C. Mahan  
Senior United States District Judge